UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY L. JACKSON, et al., | ) | CASE NO. 5:12CV211 |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| KELLERMEYER BUILDING SERVICES LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For all the reasons set forth in the Court's Order, filed contemporaneously with this Judgment Entry, plaintiffs' motion to dismiss defendant Kellermeyer Company pursuant to Fed. R. Civ. P. 41(a)(2) is **GRANTED**. Defendant Kellermeyer Company is hereby **DISMISSED WITH PREJUDICE** from this action. Each party to bear their own costs.

**IT IS SO ORDERED**.

Dated: September 21, 2012

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**